UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                Case No. 1:22-mj-00250-MMH-1

                                **CONSENT TO CHANGE**

       -against-                           **ATTORNEY**

SHUJUN WANG,

                  Defendant,

-------------------------------------------------------------------x

IT IS HEREBY CONSENTED THAT

     KEVIN KERVENG TUNG, P.C., attorneys for the defendant, SHUJUN WANG, is substituted as attorney of record for the Defendant SHUJUN WANG in the above entitled action in place and instead of MICHAEL DANIEL WEIL of Federal Defenders of New York, NY, as of the date hereof.

     The facsimile copy shall constitute the original document for all purpose.

Dated:  Queens, New York
           May 5, 2022

| FEDERAL DEFENDERS OF NEW YORK | KEVIN KERVENG TUNG, P.C. |
|---|---|
| Attorneys for Defendant | Attorneys for Defendant |
| (Outgoing Attorney) | (Incoming Attorney) |
| *michael weil* | *[signature]* |
| _____ | _____ |
| By: Michael Daniel Weil, Esq. | By: Kevin K. Tung, Esq. |
| One Pierrepont Plaza, 16th Floor | 136-20 38th Avenue, Suite 3D |
| Brooklyn, NY 11201 | Flushing, New York 11354 |
| (718) 407-7413 | (718) 939-4633 |
| Email: Michael_weil@fd.org | Email: ktung@kktlawfirm.com |

1

I hereby consent to the above change of attorney.

_Shujun Wang_  5/5/2022
Shujun Wang, Defendant      Date: