UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,  　　　　　　Case No.: 1:22-mj-00250-MMH-1

　　　　　　- against-　　　　　　　　　　**NOTICE OF APPEARENCE**

SHUJUN WANG,

　　　　　　　　　　　　　Defendant.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that Kevin K. Tung, of Kevin Kerveng Tung, P.C., is appearing on behalf of the Defendant named as **SHUJUN WANG** in the above-captioned action.

I am admitted to practice in this Court.

Dated: Queens, New York
　　　　May 6, 2022

　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Kevin K Tung, Esq.
　　　　　　　　　　　　　　　　　　KEVIN KERVENG TUNG, P.C.
　　　　　　　　　　　　　　　　　　Queens Crossing Business Center
　　　　　　　　　　　　　　　　　　136-20 38th Ave, Suite 3D
　　　　　　　　　　　　　　　　　　Flushing, NY 11354
　　　　　　　　　　　　　　　　　　(718) 939-4633
　　　　　　　　　　　　　　　　　　ktung@kktlawfirm.com