Shujun Wang 与太太、儿子、儿媳妇及三个可爱的小孙女都居住在 N.Y. flushing 不存在擅自弃保而走的可能性：见照片

(9)



