

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EHS/NCG
F. #2019R00989

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 26, 2024

<u>By ECF and Email</u>

Kevin K. Tung, Esq.
Kevin Kerveng Tung P.C.
136-20 38th Avenue Ste. 3D
Flushing, NY 11354

Zachary Margulis-Ohnuma
ZMO Law PLLC
353 Lexington Avenue, Suite 900
New York City, NY 10016
(212) 685-0999
www.zmolaw.com

      Re:    United States v. Shujun Wang
                <u>Criminal Docket No. 22-230 (DC)</u>

Dear Counsel:

      Enclosed please find the government's updated exhibit list in connection with the above-captioned matter. The government reserves its right to supplement and/or revise the enclosed exhibit list. Where possible, the government is providing the exhibits on USAfx File Exchange with the exception of original Cellebrite reports of the defendant's devices, iCloud accounts, and email account, all of which were previously produced to the defendant. Please note

that in addition to adding certain exhibits, we are providing updated exhibits for the following government exhibits:

- 9
- 12-14
- 105AT
- 109T
- 110T
- 202DT
- 301, 301T
- 302, 302T
- 303
- 502T
- 504T
- 702AT

                Very truly yours,

                BREON PEACE
                United States Attorney

By:   /s/_____
       Ellen H. Sise
       Nina C. Gupta
       Assistant United States Attorneys
       (718) 254-7000

Enclosures
cc:    Clerk of the Court (DC) (by ECF) (without enclosures)