UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA          :

    - against -                 :

SHUJUN WANG,                      :        <u>VERDICT SHEET</u>
                                           22 Cr. 230 (DC)
        Defendant.          :

------------------------------x


**COUNT ONE: <u>Conspiracy to Act as an Agent of a Foreign Government Without Prior Notification to the Attorney General</u>**

1. On the charge of conspiracy to act as an agent of a foreign government without prior notification to the Attorney General, how do you find the defendant SHUJUN WANG?

   GUILTY ✓   NOT GUILTY ____

**COUNT TWO: <u>Acting as an Agent of a Foreign Government Without Prior Notification to the Attorney General</u>**

2. On the charge of acting as an agent of a foreign government without prior notification to the Attorney General, how do you find the defendant SHUJUN WANG?

   GUILTY ✓   NOT GUILTY ____



## COUNT THREE: Criminal Possession of Identification

3. On the charge of criminal possession of identification, how do you find the defendant SHUJUN WANG?

   GUILTY __✓__   NOT GUILTY _____

## COUNT FOUR: False Statements

4. On the charge of making false statements, how do you find the defendant SHUJUN WANG?

   GUILTY __✓__   NOT GUILTY _____

DATED: Brooklyn, NY
       August 5, 2024

_____
Signature of Foreperson
RICHARD FETT
AUGUST 6, 2024