AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__EASTERN__   DISTRICT OF   __NEW YORK__

UNITED STATES OF AMERICA
V.
Shujun Wang

**COURT EXHIBIT**

Case Number: 1:22-cr-00230-DC

| PRESIDING JUDGE<br>Circuit Judge VJ-Denny Chin | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY<br>Margulis-Ohnuma & Tung |
|---|---|---|
| TRIAL DATE (S)<br>7/29 -8/6/2024 | COURT REPORTER<br>Sise, Gupta, Coyle & Moscow | COURTROOM DEPUTY<br>Ortiz & Joe |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | RECEIVED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 8/5/2024 | 1 | 3:38pm | Jury's Note - Requesting for exhibits |
|  |  | 8/5/2024 | 2 | 4:22pm | Jury's Note - Advising that they will to leave at 5pm |
|  |  | 8/5/2024 | 3 | 4:47pm | Jury's Note - Requesting for clarification |
|  |  | 8/6/2024 | 4 | 10:40am | Jury's Note - Inquiring about the timing for lunch |
|  |  | 8/6/2024 | 5 | 12:39pm | Jury's Note -Advising that they reached a verdict |
|  |  | 8/6/2024 | 6 | 12:50pm | Verdict Sheet |
|  |  | 8/5/2024 | 7 | x | Jury Charge for file |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages