# ZMO Law PLLC

February 15, 2025

**Via email and ECF**

Hon. Denny Chin, Visiting Judge
c/o Eastern District of New York
225 Cadman Plaza, Courtroom 6D
Brooklyn, New York 11201

      RE: *United States v. Shujun Wang*, 22 Cr. 230 (DC)

Dear Judge Chin:

    This office, along with Kevin Tung, Esq., represents the defendant Shujun Wang in the above-captioned matter. We write, on consent, to request a brief adjournment of Mr. Wang's sentencing due to a scheduling conflict. Sentencing is now scheduled for March 18, 2025 and we respectfully request it be adjourned to a date during the first two weeks in April or between April 21 and May 2, 2025. We have consulted with counsel for the government and all parties are generally available during those dates.

    On December 12, 2024, at the request of the Department of Probation, the Court adjourned Mr. Wang's sentencing to March 18, 2025. However, I am scheduled to be on trial before the Hon. Valerie E. Caproni in the Southern District of New York starting on March 10, 2025 for approximately two weeks. Accordingly, I respectfully request the sentencing be adjourned as outlined above.

    Thank you for your attention to this case.

                                      Very truly yours,

                                      ZMO Law PLLC

                                      By: *Zachary Margulis-Ohnuma*

                                      Zachary Margulis-Ohnuma

CC:    All Counsel

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com