## Letter of appeal

Dear Judge Denny Chin: Hello!

My name is Hu Ping, and I have heard of you for a long time! It is a great honor for us to meet. In this trial, I served as a witness for Shujun Wang and testified for one hour.

Today, I am writing this letter to appeal to you for Shujun Wang.

My personal situation is as follows:

I was admitted to the graduate class of the Department of Philosophy of Peking University in 1978 and received a master's degree in philosophy; in 1987, I went to Harvard University in the United States to study for a doctorate; in 1988, I was elected chairman of the "China Democratic League"; in the same year, I served as the editor-in-chief of the democracy movement magazine "Beijing Spring"; I am currently the vice president of the "Memorial Hu Yaobang and Zhao Ziyang Foundation".

I have known Shujun Wang for more than 20 years. Since the establishment of the Hu Yaobang and Zhao Ziyang Memorial Foundation in 2006, we have worked together and organized more than 50 seminars and rallies in the Greater New York area to commemorate Hu and Zhao, oppose the June 4th Tiananmen Square Massacre, oppose China's dictatorship, and fight for democracy and freedom. Among them, there are more than 30 large-scale events.

As early as April 15, 2012, our Hu Zhao Foundation held a conference to "commemorate Hu Yaobang's promotion of China's peaceful evolution" to implement the strategic deployment of former US Secretary of State Dulles, that is, under any circumstances, we must use the concepts of democracy, freedom and human rights to infiltrate, split, divide, and subvert the communist "iron curtain" in order to destroy the communist system. Therefore, there is no problem of "leakage" in our overseas democratic movement activities. On the contrary, our mission is to vigorously spread overseas activities against the CCP's dictatorship and spread democratic concepts in a big way, in every possible way, and in every possible way, so as to realize "democratic constitutional China" as soon as possible and end the one-party dictatorship. (I now attach a photo of the media reporting on our "peaceful evolution" of the Chinese Communist Party dictatorship on April 15, 2012. Those present from

left to right are: Wang Shujun, Hu Ping, Li Jinjin, and Wang Juntao. For Judge Chen's reference) The above is actually the theme I expressed when I was a witness in the trial. The current priority of our overseas democracy movement is to spread the situation of our surging democracy movement to the greatest extent possible, so that the Chinese Communist Party dictator will be in a state of panic. This is also the general purpose and mission of my editor-in-chief of "Beijing Spring".

Now, our "Hu Zhao Foundation" has established the "Hu Zhao Foundation Website", and its purpose and mission is to vigorously spread the information and achievements of the overseas democracy movement. The website of the Hu Zhao Foundation is: https://www.huzhao.org/Therefore, as Dr. Li Jinjin, the president of the Foundation, commented in the document signed, "Wang Shujun has made great contributions to the Foundation. Here, we express our sincere gratitude to Mr. Wang Shujun." Therefore, I sincerely hope that Judge Chen will give the above comprehensive considerations when sentencing Wang Shujun.

In particular, Wang Shujun is 77 years old this year and is old and frail. [REDACTED]

[REDACTED] Therefore, I deeply hope that Judge Chen will be able to show his noble hand and give Wang Shujun a lighter sentence when sentencing.

Thank you sincerely! Dear Judge Denny Chin

[REDACTED]

(In addition, my trial testimony is also attached)


Respectfully submitted by Hu Ping


10/20/2024 [REDACTED]

# 求 情 信

尊敬的陈（Denny Chin）法官：您好！

我名胡平，久仰您的大名！非常荣幸，我们见过面，此次庭审，我曾经作为王书君（shujun wang）的证人，出庭作证一小时。

今天，我写这封信，是专门来为王书君向您求情的。我个人的情况如下：

我1978年考入北京大学哲学系研究生班，获哲学硕士学位；1987年赴美国哈佛大学攻读博士；1988年当选"中国民主团结联盟"主席；同年担任民运杂志《北京之春》的主编；现任〈纪念胡耀邦赵紫阳基金会〉的副会长。

我与王书君相识20余年。自2006年《成立纪念胡耀邦赵紫阳基金会》以来，我俩一起共事，一起在大纽约地区组织了50余场纪念胡赵、反对六四天安门大屠杀、反对中国独裁专制、争民主自由的研讨会与集会活动，其中，大型活动超过30场。

早在2012年4月15日，我们《胡赵基金会》就举办了"纪念胡耀邦推动中国的和平演变"大会，实践美国前国务卿杜勒斯的战略部署，即：在任何情况下，都要用民主自由人权的理念，对共产主义"铁幕"进行渗透、分裂、分化、策反，以摧毁共产主义体系。

所以，我们海外民主运动的活动，不存在"泄露"的问题，相反，我们的使命是大张旗鼓、千方百计、无孔不入地大力传播海外反对中共独裁专制政体的活动、传播民主理念，以期早日实现"民主宪政的中国"，结束一党专政。

（我现在附上2012年4月15日，媒体报道我们对中共独裁当局进行"和平演变"的大会现场照片，在座的从左至右，分别是：王书君、胡平、李进进、王军涛，供陈法官参考）

以上其实就是我在庭审中做证人时进行表达的主题思想。我们海外民运现在的当务之急，就是把我们风起云涌的民运活动情况最大程度地传播出去，让中共独裁者惶惶不可终日。这也是我主编《北京之春》的总旨与使命。

现在，我们《胡赵基金会》成立了"胡赵基金会网站"，宗旨与使命，就是大力传播海外民主运动的信息与成果。

胡赵基金会的网站，网址是：https://www.huzhao.org/

因此，正如会长李进进博士签署的文件中评价的那样："王书君为本会作出巨大贡献，在此，我们对王书君先生表示诚挚的感谢。"

所以，我衷心期盼陈法官在对王书君进行量刑的时候，能够给予以上综合考虑。



诚挚地感谢您！

尊敬的陈（Denny Chin）法官

（另外，再附上我的庭审证词）

胡平敬上

10/20/2024